IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re:                                         Case No: 13-30099-DHW

**Kenneth Wright**                            Chapter: 13
      SSN:   xxx-xx-6663

**Debtor**

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF COPIES

Comes now and requests all to take note, **SELENE FINANCE, LP**, a Creditor and party in interest in the above captioned title 11 petition, by and through the undersigned counsel of record, Sirote & Permutt, P.C., be and hereby appears and request copies of all pleadings, including but not limited to, all notices, motions, applications, lists, schedules, statements, and all other matters arising herein, be duly served on **SELENE FINANCE, LP**, by and through its legal counsel of record, at the address set forth below, pursuant to Bankruptcy Rule 2002 and 9010(b).

                                                   /s/ Janna L Ifshin
                                                   Janna L Ifshin (IFS-001)
                                                   Diane Murray (MUR-048)
                                                   Donald M. Wright (WRI-021)
                                                   Enslen Crowe (CRO-098)
                                                   Attorney for Creditor

OF COUNSEL:

Janna L Ifshin
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205-918-5083/Fax: 205-212-2874
jifshin@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of Jan., 2016, a copy of the foregoing pleading was served upon the following parties to this proceeding via electronic case management:

Richard D. Shinbaum
P.O. Box 201
Montgomery, AL 36101
rshinbaum@smclegal.com

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

/s/ Janna L Ifshin
OF COUNSEL