UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                         Case No. 13-30099-DHW
                                                   Chapter 13
KENNETH WRIGHT,

    Debtor.

## ORDER GRANTING MOTION TO MODIFY MORTGAGE

      The debtor filed a motion (Doc. # 54) to enter into a mortgage modification agreement with Wilmington Savings Fund Society, FSB. After notice to all parties in interest, the motion came on for hearing on October 17, 2016. No objections to the motion were filed or advanced at the hearing. In accordance with the ruling from the bench in open court, it is

      ORDERED that the motion is GRANTED.

      Done this 17th day of October, 2016.

                                                      Dwight H. Williams, Jr.
                                                      United States Bankruptcy Judge

c:  Debtor
     Richard D. Shinbaum, Attorney for Debtor
     Sabrina L. McKinney, Acting Trustee

```
                                   United States Bankruptcy Court
                                    Middle District of Alabama
In re:                                                               Case No. 13-30099-DHW
Kenneth Wright                                                       Chapter 13
       Debtor                        CERTIFICATE OF NOTICE
District/off: 1127-2           User: jingram                Page 1 of 2                  Date Rcvd: Oct 17, 2016
                               Form ID: pdfSOME             Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
 db            +Kenneth Wright,    306 Fox Hollow Road,    Montgomery, AL 36109-4022
 cr             ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
2763568        +ACS/CITIBANK,    501 BLEECKER ST,    UTICA, NY 13501-2401
2763570         AMERICAN EXPRESS,    P.O. BOX 630012,    DALLAS, TX 75263-0012
2763567        +Aa/cbsd,    CITI BANK BANKRUPTCY,    PO BOX 20507,    KANSAS CITY, MO 64195-0507
3046802        +Amelia Smith Wright,    306 Fox Hollow Drive,    Montgomery, AL 36109-4022
2763569        +American Express,    AMERICAN EXPRESS SPECIAL RESEARCH,    PO BOX 981540,
                 EL PASO, TX 79998-1540
2835291         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
2763571       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,     ATTENTION: RECOVERY DEPARTMENT,
                 4161 PEIDMONT PKWY.,    GREENSBORO, NC 27410)
2763574        #+CAP ONE,    26525 N RIVERWOODS BLVD,    METTAWA, IL 60045-3439
2850516        +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
2763575        +CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
2763576        +CITI FLEX,    CENTRALIZED BANKRUPTCY,    PO BOX 6003,    THE LAKES, NV 88901-6003
2834581       ++CITIBANK,    PO BOX 6030,    SIOUX FALLS SD 57117-6030
               (address filed with court: CitiBank, NA.,     P.O. Box 688971,    Des Moines, IA,   50368-8971)
2763577       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Na,    ATTN.: CENTRALIZED BANKRUPTCY,    PO BOX 20507,
                 KANSAS CITY, MO 64195)
2763579        +CITIMORTGAGE INC,    PO BOX 9438,    GAITHERSBURG, MD 20898-9438
2853374        +CITIMORTGAGE, INC.,    P.O. BOX 6030,    SIUOX FALLS, SD 57117-6030
3020978        +Caitlin E. Bouldin,    120 Seven Cedars Drive,    P.O. Box 307,    Huntsville, AL 35804-0307
2763580       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     1 DELL WAY,    ROUND ROCK, TX 78682)
2763564         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2763566         EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3166988         Educational Credit Management Corp.,    Correspondence,    PO Box 16408,
                 St. Paul, MN 55116-0408
3166987         Educational Credit Management Corp.,    Payments,    Lockbox #8682,    PO Box 16478,
                 St. Paul, MN 55116-0478
2805492         Enslen Crowe,    P.O. box 55887,    Birmingham, AL 35255-5887
2797800         FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
2763586       ++GUARDIAN CREDIT UNION,    1789 CONGRESSMAN W L DICKNSON DR,    MONTGOMERY AL 36109-2601
               (address filed with court: GUARDIAN CREDIT UNION,     418 MADISON AV,    MONTGOMERY, AL 36103)
2763587        +HSBC BANK,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
2763589         PRINCIPAL RESIDENTL MT,    POB 711,    DES MOINES, IA 50303
2763593        +SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
2763594        +SLC CONDUIT I LLC,    99 GARNSEY ROAD,    PITTSFORD, NY 14534-4565
2781411         Sallie Mae, Inc. on behalf of ECMC,    P.O. Box 75906,    St. Paul, MN 55175
2763565         TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
2763597        +Trustmark Ntl Bankl,    248 E CAPITOL ST,    JACKSON, MS 39201-2582
2763599        +USAA FSB,    PO BOX 47504,    SAN ANTONIO, TX 78265-7504
2777718        +USAA Federal Savings Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
2763598        +USAA Federal Savings Bank,    10750 MCDERMOTT FWY,    SAN ANTONIO, TX 78288-1600
2763601        +USAA SAVINGS BANK,    PO BOX 33009,    SAN ANTONIO, TX 78265-3009
2763600        +USAA SAVINGS BANK,    PO BOX 47504,    SAN ANTONIO, TX 78265-7504
2763602        +WELLSFARGO,    800 WALNUT ST,    DES MOINES, IA 50309-3605
3484202        +Wilmington Savings Fund Society, FSB,     d/b/a Christiana Trust, not individually,
                 Selene Finance LP,    9990 Richmond Ave. Suite 400S,    Houston TX 77042-8500
2865344         eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 tr            +E-mail/Text: ch13montgomery@ch13mdal.com Oct 17 2016 22:06:54     Curtis C. Reding,
                 P. O. Box 173,    Montgomery, AL 36101-0173
 cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2016 22:17:29
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
2763581        +E-mail/PDF: pa_dc_ed@navient.com Oct 17 2016 21:55:58      DEPT OF ED/SALLIE MAE,    PO BOX 9635,
                 WILKES BARRE, PA 18773-9635
2763582        +E-mail/Text: mrdiscen@discover.com Oct 17 2016 22:04:57      DISCOVER FIN SVCS LLC,
                 PO BOX 15316,    WILMINGTON, DE 19850-5316
2763583        +E-mail/Text: ally@ebn.phinsolutions.com Oct 17 2016 22:04:54      G M A C,    PO BOX 130424,
                 ROSEVILLE, MN 55113-0004
2763584        +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2016 21:57:20      GEMB/ Dillards,
                 ATTN: BANKRUPTCY,    PO BOX 103104,    ROSWELL, GA 30076-9104
2763585        +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2016 21:55:49      Gemb/walmart,    ATTN: BANKRUPTCY,
                 PO BOX 103104,    ROSWELL, GA 30076-9104
2842013        +E-mail/Text: bncmail@w-legal.com Oct 17 2016 22:06:28     OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
2843441         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2016 21:57:50
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
3098766         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2016 21:56:38
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
2763590        +E-mail/Text: newbk@Regions.com Oct 17 2016 22:06:12      REGIONS BANK,
                 2050 PARKWAY OFFICE CIRCLE,    HOOVER, AL 35244-1805
2763591        +E-mail/PDF: pa_dc_claims@navient.com Oct 17 2016 21:57:31       SALLIE MAE,
                 ATTN: CLAIMS DEPARTMENT,    PO BOX 9500,    WILKES-BARRE, PA 18773-9500
2763596         E-mail/PDF: cbp@springleaf.com Oct 17 2016 21:55:50      Springleaf Financial Services,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    PO BOX 3251,    EVANSVILLE, IN 47731
2872011         E-mail/PDF: pa_dc_ed@navient.com Oct 17 2016 21:56:44      Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
2763592        +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2016 21:56:32       Sams Club / GEMB,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    PO BOX 103104,    ROSWELL, GA 30076-9104
2763595        +E-mail/PDF: pa_dc_claims@navient.com Oct 17 2016 21:56:00       Slfc/Sallie Mae,
                 ATTN: BANKRUPTCY,    PO BOX 9500,    WILKES-BARRE, PA 18773-9500
2842014        +E-mail/Text: bncmail@w-legal.com Oct 17 2016 22:06:07      USAA FEDERAL SAVINGS BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2763588          HSBC/MCRAE
2845469*         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
2763572*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   BANK OF AMERICA,    PO BOX 982235,    EL PASO, TX 79998)
2763573*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   BK OF AMER,    PO BOX 982235,    EL PASO, TX 79998)
2763578*       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Citibank Sd, Na,    ATTN: CENTRALIZED BANKRUPTCY,    PO BOX 20507,
                 KANSAS CITY, MO 64195)
2834582*       ++CITIBANK,   PO BOX 6030,    SIOUX FALLS SD 57117-6030
                 (address filed with court:   CitiBank, NA.,    P.O. Box 688971,    Des Moines, IA,    50368-8971)
2770365*       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court:   Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
2865345*         eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                                    TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2016 at the address(es) listed below:
          Bankruptcy Administrator    ba@almb.uscourts.gov
          Caitlin E. Bouldin    on behalf of Creditor    CITIMORTGAGE, INC. bkcourtmail@smpclaw.com
          Enslen Crowe    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@sirote.com
          Janna L Ifshin    on behalf of Creditor    SELENE FINANCE, LP bankruptcy@sirote.com
          Janna L Ifshin    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@sirote.com
          Richard D. Shinbaum    on behalf of Debtor Kenneth  Wright rshinbaum@smclegal.com,
           scarter@smclegal.com;cthornton@smclegal.com
          Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                             TOTAL: 7
```